UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                              Chapter 11

CROWN OHIO INVESTMENTS LLC,                     Case No. 109-46767-dem

                                    Debtor.
-----------------------------------------------------------x

## DEBTOR'S WITNESS AND EXHIBIT LIST

Crown Ohio Investments LLC (the "Debtor"), hereby submits the following list of witnesses expected to be called and documents expected to be entered into evidence at the evidentiary hearing scheduled on February 17, 2010, at 10:00 A.M.

### Witnesses

1. Jacob Herzog    -    Management consultant

2. Abe New         -    Managing member

### Debtor's Exhibits

Exhibit 1   -   Recent correspondence from Cuyahoga Metropolitan Housing Authority ("CMHA") re-establishing Debtor's eligibility to obtain Section 8 tenants.

Exhibit 2   -   CMHA Website.

Exhibit 3   -   Current Section 8 roster of tenants.

Exhibit 4   -   Current Building Rent Roll.

Exhibit 5   -   November 9, 2007 appraisal prepared by Lender in connection with Debtor's assumption of mortgage.

Date: New York, New York
February 16, 2010

>GOLDBERG WEPRIN
>FINKEL GOLDSTEIN LLP
>Attorneys for the Debtor
>1501 Broadway, 22nd Floor
>New York, New York 10036
>(212) 221-5700
>
>By: _____
>       KEVIN J. NASH

TO: Bryan Cave LLP
Michelle McMahon, Esq.
1290 Ave. of the Americas
New York, NY 10104

Keith Miles Aurzada, Esq.
Bryan Cave LLP
JP Moprgan Chase Tower, Suite 3300
2200 Ross Avenue
Dallas, TX 75201