UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                             Chapter 11

CROWN OHIO INVESTMENTS LLC,                 Case No. 109-46767-dem

                                    Debtor.
---------------------------------------------------------x

## STIPULATION AND ORDER FURTHER EXTENDING TIME TO FILE PLAN OF REORGANIZATION

Upon the Motion of Wells Fargo Bank, N.A. ("Wells Fargo") for relief from the automatic stay (ECF Docket Number 15) and all the supplemental papers filed in support thereof by Wells Fargo (ECF Docket Numbers 16, 17, 18, 36, 40 and 43) and in opposition thereto by Crown Ohio Investments LLC (the "Debtor") (ECF Docket Numbers 19, 37, 39 and 45); and upon the Decision and Order on Motion to Vacate the Automatic Stay dated March 12, 2010 (the "Decision") (ECF Docket Number 49), which provided, *inter alia*, that "The Motion for relief from the automatic stay is granted and will take effect (a) upon the debtor's default on the monthly payments under Section 362(d)(3)(B), unless the debtor filed and seeks confirmation of a plan of reorganization or (b) upon the debtor's failure to file on or before April 27, 2010 a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time"; and upon the prior Stipulation between the parties extending the deadline to file a Plan until May 4, 2010;

**IT IS HEREBY STIPULATED AND AGREED** that the Debtor's time to file a Plan of Reorganization as fixed in the Decision is extended on consent of Wells Fargo from May 4, 2010 ~~2001~~ to May 18, 2010, pending settlement negotiations, without prejudice to the rights of Wells Fargo to file a plan of reorganization, as exclusivity has ended.

Dated: New York, New York
      May 3, 2010

| | |
|---|---|
| GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP<br>Attorneys for the Debtor<br>1501 Broadway, 22nd Floor<br>New York, New York 10036<br>(212) 221-5700 | BRYAN CAVE LLP<br>Attorneys for Wells Fargo Bank<br>1290 Avenue of the Americas<br>New York, New York 10104<br>(212) 541-2000 |
| By: /s/ KEVIN J. NASH | By: /s/ MICHELLE MCMAHON |

SO ORDERED this 5TH day of May, 2010

S/ Jerome Feller
Hon. Jerome Feller
United States Bankruptcy Judge

Acting for
Hon. Dennis E. Milton
United States Bankruptcy Judge